FILED

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lacy Davis, III,<br>Fed. Reg. # 17348-016<br>Rivers Correctional Institution<br>P.O. BOX 630-A4<br>Winton, North Carolina, 27986<br><br>           Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>           Defendant. | CASE NUMBER  1:06CV00902<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 05/12/2006 |

PLAINTIFF'S COMPLAINT REQUESTING RELIEF PURSUANT TO THE
FREEDOM OF INFORMATION ACT TITLE 5 U.S.C. §552 et seq.

   **COMES NOW**, Plaintiff Lacy Davis, III, moving pro se, and hereby respectfully requests this Honorable Court to compel the Federal Bureau of Prisons to relinquish to him the specifically requested documents outlined in plaintiff's Freedom of Information Act Request. This court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West. Supp. 2005). See Gallace v. U.S. Dept. of Agriculture, 273 F.Supp.2d 53,58 (D.D.C. 2003) ( " the court clearly has authority under FOIA to order an agency to produce documents where the records sought have been improperly withheld")(citing 5 U.S.C. §552(a)(4)(B); Kissinger v. Reporters Comm.

RECEIVED

APR 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

for Freedom of the Press, 445 U.S. 136, 150 (1980).

In Support of this complaint, Plaintiff asserts the following:

1. Plaintiff is a Federal Prisoner, confined at Rivers Correctional Institution pursuant to a contract between the Bureau of Prisons ("BOP") and the GEO GROUP.

2. On or about March 2, 2006, Plaintiff sent a Freedom of Information Act ("FOIA") request to the care of Wanda M. Hunt, Chief, FOIA/Pa section of the BOP. The FOIA request was sent to the BOP"s office via the United States Postal Service's certified mail # 7000 1530 0004 8493 0932. See D.C. Code § 14-506 (West.2001)(certified mail return receipt as prima facie evidence of delivery). So v. 514 10th Street Associates, L.P., 834 A.2d 910, 914 n.3 (D.C.2003); Associated Estates, LLC v. Caldwell, 779 A.2d 939, 944(D.C.2001). A response was due on or about April 10, 2006. See Exhibit ONE.

3. Within Plaintiff's March 2, 2006 FOIA request, he specifically requested the following items as outlined below:

> A. A copy of all the original 2000 contract ( J1PCc-005 ), and the subsequent contract ( J1PCc-002 ) between the Bureau of Prisons ("BOP") and Wackenhut Corrections Corporation ( now known as "Global Experts In Outsourcing"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

As of this instant complaint, the BOP has failed to relinquish the requested documents to Plaintiff within the twenty (20) day window authorized by Title 5 U.S.C. §552(a)(6)(A)(i)(West. 2005). Judicial Watch Inc. v. Rossotti, 326 F.3d 1309, 1310 ( D.C. Cir. 2003 ).

4. Plaintiff clearly described the documents sought in accordance with the BOP's regulation. Cf. 28 C.F.R. §513.61(c)(2004). The

FOIA request was advanced tio the BOP's office in good faith. Because of the BOP's inaction with regard to the Plaintiff's March 2, 2006 FOIA request, and their slighting of 28 C.F.R. §513.61(c), this Court has unfettered authorization to compel the BOP to relinquish to Plaintiff the documents outlined in paragraph 3 of this complaint. See chiefly Title 5 U.S.C. § 552(a)(4)(B). Gallace v. U.S. Dept. of Agriculture, 273 F. Supp.2d at 58 (D.D.C.2003).

5. Enclosed with this instant request is Plaintiff's requisite application to proceed in forma pauperis. See 28 U.S.C. § 1915 et seq. The Court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted BOP remedies during the pendency of this action. See McCall v. U.S. Marshalls Service, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

### RELIEF SOUGHT

Plaintiff is seeking the following relief:

A. An order from the Court enjoining the BOP to relinquish to him all the documents outlined in paragraph 3 of this complaint within ten (10) days of the Court's mandate; and,

B. An order from the Court enjoining the BOP to reimburse Plaintiff for the entire court filing fee, and for any and all costs that Plaintiff may incur during the course of this action.

WHEREFORE, Plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully Submitted,

LACY DAVIS,III,Pro se.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. See  Title 28 U.S.C. § 1746 (West. Revised Ed. 2005).

Executed on 4/16/2006

/s/ Lacy Davis,III.