Lacy Davis
Fed. Reg No. 17348-016
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630

March 1, 2006

VIA CERTIFIED MAIL No.
7000 1530 0004 8493 0932

Wanda M. Hunt
Chief, FOIA/PA Section
Federal Bureau of Prisons
320 First Street N.W., Room 843
HOLC Building
Washington, DC 20534

Re: Request for BOP documents and contract Pursuant to the F.O.I.A., Title 5 U.S.C. § 552 et seq., and 28 C.F.R. § 16.3(b) (2004).

Dear Ms. Hunt:

This instant one (1) part request is for the following:

1. A copy of **all** the **original 2000 contract** (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outscoring"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

This request is presented to you in accordance with Title 5 U.S.C. § 552 (West. 1996) and 28 C.F.R. § 16.3(b) (2004). I am requesting that your office waive all costs for the searching and copying of the foregoing contract and B.O.P. documents. See Title 5 U.S.C. § 552(a)(4)(i) (West. 2004). Importantly, a response to this request for information is required within twenty (20) days. See Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2004), and 28 C.F.R. §§ 513.68 and 513.64(b) (2004).

Thank you for your cooperation in this matter.

Sincerely,

*[signature]*
Lacy Davis
Fed. No. 17348-016

06 0902

EXHIBIT ONE

FILED
MAY 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. See Title 28 U.S.C. § 1746.

Executed on: 3 / 1 /2006

_____
Lacy Davis



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1530 0004 8493 0932**
Status: **Delivered**

Your item was delivered at 10:13 am on March 13, 2006 in WASHINGTON, DC 20534.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                       4/19/2006