IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lacy Davis, III,
Fed. Reg. No. 17348-016
Rivers Correctional Institution
P.O. Box-630
Winton, North Carolina 27986

       Plaintiff,

                                   Civil No. 060902 RJL

v.

Federal Bureau of Prisons
320 First Street, N.W.,
Washington, DC 20534

       Defendant.


PLAINTIFF'S MOTION REQUESTING THE COURT TO
DISMISS HIS FREEDOM OF INFORMATION ACT
COMPLAINT WITHOUT PREJUDICE


      **COMES NOW**, the plaintiff, moving <u>pro se</u>, and hereby respectfully request this court to dismiss his pending Freedom of Information Act complaint, 5 U.S.C. §552 et seq., **without prejudice.** This instant motion is advanced to the court pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In support of this motion, plaintiff asserts the following:

    1. On or about April  , 2006, plaintiff submitted a Freedom of Information Act(FOIA) complaint to this court pursuant to Title 5 U.S.C. §552 et seq.

    2. Subsequent to plaintiff submitting his FOIA complaint to the

-1-

-2-

court, the Federal Bureau of Prisons ("BOP") FOIA section responded to plaintiff's request for information.

3. Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i), plaintiff is asking the court to dismiss his pending FOIA complaint <u>WITHOUT PREJUDICE</u>.

Date 5 / 24 / 2006                    Respectfully Submitted,

                                      /s/ _____
                                      Lacy Davis, III,