UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 6 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| LACY DAVIS, III | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-902 (RJL) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

ORDER

Plaintiff, proceeding *pro se*, has filed a motion to dismiss the case without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that plaintiff's motion to dismiss [7] is GRANTED. This case is dismissed without prejudice.

SIGNED this 3⁰ day of June, 2006.

_____
RICHARD J. LEON
United States District Judge